SAMPTER v. EDELSVARD et al. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Arnold Sampter against Gustaf A. Edelsvard and others. No opinion. Order modified, by adding a

provision that the judgment stand as additional security, and, as thus modified, affirmed, without costs.